IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALLEN VAN PUTTEN, Executor for the Estate of Sharon Van Putten, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:13-cv-1124 (CMH/IDD) |
| MARILYN TAVENNER, *et al.*, ) ) | |
| Defendants. ) ) | |

## **DEFENDANTS CONWAY, HOCK, AND WYNDER-SANCHEZ'S MOTION TO DISMISS COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Patrick Conway, Timothy Hock, and Carissa Wynder-Sanchez, in their individual capacities, through the undersigned counsel, respectfully moves this Court to dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction and for failure to state a claim for which relief can be granted.

Respectfully submitted,

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

_____/s/_____
David Moskowitz
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3845 (direct)
(703) 299-3983 (fax)
david.moskowitz@usdoj.gov
February 14, 2014    *Attorney for Defendants Conway, Hock, and Wynder-Sanchez*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the following:

John David McChesney
Office of the Attorney General (Richmond)
900 E Main St
Richmond, VA 23219
(804) 786-1586
Fax: (804) 371-2087
Email: jmcchesney@oag.state.va.us

Jennifer Lynn McCammon
Blankingship & Keith PC(Fairfax)
4020 University Dr
Suite 300
Fairfax, VA 22030
703-691-1235
Fax: 703-691-3913
Email: jmccammon@bklawva.com

Judd Poster Altman
Hamilton Altman Canale & Dillon LLC
10306 Eaton Place
Suite 200
Fairfax, VA 22030
703-591-9700
Fax: 703-591-0023
Email: judd.altman@hacdlaw.com

Mark Montgomery Jones
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Dr
Suite 510
McLean, VA 22102
(703) 245-9300
Email: Mark.Jones@wilsonelser.com

Andrew Clark Hall
Wilson Elser Moskowitz Edelman & Dicker LLP (McLean)
8444 Westpark Dr
Suite 510
McLean, VA 22102
703-245-9300
Fax: 703-245-9301
Email: andrew.hall@wilsonelser.com

Travis Warren Markley
Hancock Daniel Johnson & Nagle PC (FFX)
3975 Fair Ridge Drive
Suite 475 South
Fairfax, VA 22033
703-591-3440
Fax: 703-591-7646
Email: tmarkley@hdjn.com

Paige Levy Smith
Sands Anderson Marks & Miller
1497 Chain Bridge Rd
Suite 202
McLean, VA 22101
703-893-3600
Fax: 703-893-8484
Email: plevy@sandsanderson.com

Angela Boice Axselle
Goodman Allen & Filetti PLLC (Glen Allen)
4501 Highwoods Pkwy
Suite 210
Glen Allen, VA 23060
(804) 346-0600
Email: aaxselle@goodmanallen.com

Kristina Lorraine Lewis
Rawls McNelis & Mitchell PC
211 Rocketts Way
Suite 100
Richmond, VA 23231
703-599-4046
Email: klewis@rawlsmcnelis.com

Edward Anthony Gonsalves
Armstrong Donohue Ceppos Vaughan & Rhoades Chtd
204 Monroe Street
Suite 101
Rockville, MD 20850
301-251-0440
Fax: 301-279-59-29
Email: egonsalves@adclawfirm.com

I FURTHER HEREBY CERTIFY that on February 14, 2014, I will mail the document by U.S. mail to the following non-filing user:

Allen Van Putten
265 Cays Drive, #2104
Naples, FL 34114
*Pro Se*

/s/
David Moskowitz
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3845 (direct)
(703) 299-3983 (fax)
David.Moskowitz@usdoj.gov
*Counsel for Defendants Conway, Hock, and Wynder-Sanchez*