IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALLEN VAN PUTTEN, Executor for the Estate )
of Sharon Van Putten, )
)
    Plaintiff, )
) Civil Action No. 1:13-cv-1124
    v. ) (CMH/IDD)
)
MARILYN TAVENNER, *et al.*, )
)
    Defendants. )
)

## **ROSEBORO NOTICE**

Pursuant to Local Rule 7(J), and in accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), plaintiff is advised that he has the right to file a response opposing this motion, and that failure to respond may result in the relief requested in this motion – the dismissal of plaintiff's Complaint – being granted. Plaintiff's response must identify all facts stated by the defendant with which plaintiff disagrees and must set forth his version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a statement that it is filed under penalty of perjury). Plaintiff may also file a legal brief in opposition to the one filed by the defendant. Unless the Court orders otherwise, plaintiff's response must be filed, and a copy provided to defendant's counsel, within twenty-one (21) days of the date the defendant's motion is filed. The defendant's motion was filed on February 14, 2014.

//

//

Respectfully submitted,

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

      /s/
David Moskowitz
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3845 (direct)
(703) 299-3983 (fax)
david.moskowitz@usdoj.gov

February 14, 2014    *Attorney for Defendants Conway, Hock, and Wynder-Sanchez*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the following:

John David McChesney
Office of the Attorney General (Richmond)
900 E Main St
Richmond, VA 23219
(804) 786-1586
Fax: (804) 371-2087
Email: jmcchesney@oag.state.va.us

Jennifer Lynn McCammon
Blankingship & Keith PC(Fairfax)
4020 University Dr
Suite 300
Fairfax, VA 22030
703-691-1235
Fax: 703-691-3913
Email: jmccammon@bklawva.com

Judd Poster Altman
Hamilton Altman Canale & Dillon LLC
10306 Eaton Place
Suite 200
Fairfax, VA 22030
703-591-9700
Fax: 703-591-0023
Email: judd.altman@hacdlaw.com

Mark Montgomery Jones
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Dr
Suite 510
McLean, VA 22102
(703) 245-9300
Email: Mark.Jones@wilsonelser.com

Andrew Clark Hall
Wilson Elser Moskowitz Edelman & Dicker LLP (McLean)
8444 Westpark Dr
Suite 510
McLean, VA 22102
703-245-9300
Fax: 703-245-9301
Email: andrew.hall@wilsonelser.com

Travis Warren Markley
Hancock Daniel Johnson & Nagle PC (FFX)
3975 Fair Ridge Drive
Suite 475 South
Fairfax, VA 22033
703-591-3440
Fax: 703-591-7646
Email: tmarkley@hdjn.com

Paige Levy Smith
Sands Anderson Marks & Miller
1497 Chain Bridge Rd
Suite 202
McLean, VA 22101
703-893-3600
Fax: 703-893-8484
Email: plevy@sandsanderson.com

Angela Boice Axselle
Goodman Allen & Filetti PLLC (Glen Allen)
4501 Highwoods Pkwy
Suite 210
Glen Allen, VA 23060
(804) 346-0600
Email: aaxselle@goodmanallen.com

Kristina Lorraine Lewis
Rawls McNelis & Mitchell PC
211 Rocketts Way
Suite 100
Richmond, VA 23231
703-599-4046
Email: klewis@rawlsmcnelis.com

Edward Anthony Gonsalves
Armstrong Donohue Ceppos Vaughan & Rhoades Chtd
204 Monroe Street
Suite 101
Rockville, MD 20850
301-251-0440
Fax: 301-279-59-29
Email: egonsalves@adclawfirm.com

    I FURTHER HEREBY CERTIFY that on February 14, 2014, I will mail the document by U.S. mail to the following non-filing user:

> Allen Van Putten
> 265 Cays Drive, #2104
> Naples, FL 34114
> *Pro Se*

                      /s/
                David Moskowitz
                Assistant United States Attorney
                2100 Jamieson Avenue
                Alexandria, Virginia 22314
                (703) 299-3845 (direct)
                (703) 299-3983 (fax)
                David.Moskowitz@usdoj.gov
                *Counsel for Defendants Conway, Hock, and Wynder-Sanchez*