IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



Alexandria Division

| | |
|---|---|
| ALLEN VAN PUTTEN, AS EXECUTOR OF THE ESTATE OF SHARON VAN PUTTEN, <br><br> Plaintiff, <br><br> v. <br><br> MARILYN TAVENNER, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 1:13-cv-1124 ) ) ) ) |

## ORDER

THIS MATTER comes before the Court on Defendants Patrick Conway, Timothy Hock, and Carissa Wynder-Sanchezes' (collectively, "Defendants'") Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

Plaintiff Allen Van Putten ("Plaintiff") brought this action as administrator for the estate of Sharon Van Putten against thirty-nine (39) individuals and entities related to the death of Sharon Van Putten. In his Complaint, Plaintiff brings five causes of action, only one of which is asserted against Patrick Conway, Timothy Hock, and Carissa Wynder-Sanchez, all Medicare officials for the Center for Medicare and Medicaid Services ("CMS"). Plaintiff's claims against Patrick Conway, Timothy Hock, and Carissa Wynder-Sanchez turn on CMS's decision not to bring an enforcement action in this case.

Count III is a claim that seeks to extend a remedy under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), against various federal officials for failing to bring an enforcement action against various Medicare providers. A Bivens remedy has never before been applied to this context, and there is no basis to devise a new Bivens action for federal officials failing to bring enforcement actions against Medicare providers. Further, Defendants Patrick Conway, Timothy Hock, and Carissa Wynder-Sanchez are entitled to absolute immunity in regards to their quasi-prosecutorial actions in deciding whether to bring enforcement actions against medical providers and whether to issue sanctions against them. See Ostrezenski v. Seigel, 177 F.3d 245, 249 (4th Cir. 1999). Therefore, Count III must be dismissed. For these reasons, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED, and this case is dismissed as to Defendants Patrick Conway, Timothy Hock, and Carissa Wynder-Sanchez.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
March _13_, 2014